UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CPC PATENT TECHNOLOGIES PTY LTD.,

Plaintiff(s),

v.

APPLE INC.                                    ,

Defendant(s).

Case No. 5:22-cv-02553-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anthony Van Nguyen____, an active member in good standing of the bar of Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc._____ in the above-entitled action. My local co-counsel in this case is Betty H. Chen_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 290588_____.

1221 McKinney St., #2800, Houston, TX 77010
MY ADDRESS OF RECORD

713-654-5300
MY TELEPHONE # OF RECORD

nguyen@fr.com
MY EMAIL ADDRESS OF RECORD

500 Arguello St., Ste 400, Redwood City, CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 839-5070
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bchen@fr.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24083565_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____06/24/2022_____            Anthony Van Nguyen _____
                                                           APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Anthony Van Nguyen_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021

United States District Court
Northern District of California

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 14, 2022

Re: Anthony Van Nguyen, State Bar Number 24083565

To Whom It May Concern:

This is to certify that Anthony Van Nguyen was licensed to practice law in Texas on November 02, 2012, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167