Seth M. Sproul (CA SBN 217711); *sproul@fr.com*
Joy B. Kete (CA SBN 355859); *kete@fr.com*
Jeffrey H. Burton (CA SBN 328305); *burton@fr.com*
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Benjamin C. Elacqua (*Pro Hac Vice* forthcoming); *elacqua@fr.com*
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 90067
Telephone:  (713) 654-5300
Facsimile:   (713) 652-0109

Attorneys for Defendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD., | Case No. 5:22-cv-02553-RFL |
| Plaintiff, | **DECLARATION OF SETH M. SPROUL IN SUPPORT OF DEFENDANT APPLE INC.'S STATUS REPORT REGARDING ITS *INTER PARTES* REVIEW PROCEEDINGS** |
| v. | |
| APPLE INC., | |
| Defendant. | |

I, Seth M. Sproul, hereby declare and state as follows:

1.     I am a principal in the law firm of Fish & Richardson P.C., counsel of record for Defendant Apple Inc. in the above-captioned matter.  I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2.     Attached as Exhibit A is a true and correct copy of the judgment entered in the appeal relating to IPR 2022-00600, which is dated November 10, 2025.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on November 18, 2025, in Marshall, TX.


Dated:  November 18, 2025                    FISH & RICHARDSON P.C.


                                            By:  /s/ *Seth M. Sproul*
                                                  Seth M. Sproul
                                            Attorneys for Defendant
                                            APPLE INC.