# APPENDIX A-1

**Claim Chart for U.S. Patent No. 8,620,039 ("the '039 Patent")**

The Accused Instrumentalities include, but are not necessarily limited to, Apple iPhones, iPads equipped with Apple Card or device that is substantially or reasonably similar to the functionality set forth below.  The Accused Instrumentalities infringe the claims of the '039 Patent, as described below.

| Claim 1 | Accused Instrumentalities |
|---|---|
| A method of enrolling in a biometric card pointer system, the method comprising the steps of: | *To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities are configured to use a method in accordance with this claim.*<br><br>Apple's CPU processor encryption includes a pointer to a memory location at which the data to be encrypted is stored.  U.S. Patent Appl. No. 2014/0089682 ("the '682 Application"), ¶ [0083].<br><br>Apple Card is a Sachs-linked credit card. (https://www.cnbc.com/2019/03/25/apple-unveils-new-credit-card-the-apple-card.html) |

1



**Built for iPhone**

Apple Card lives on your iPhone, in the Wallet app. You can sign up in as little as a minute and start using it right away with Apple Pay.[3] Your transactions, payments, and account details are all in one place, where only you can see them.[4] You even make your payments right in the Wallet app — just select your amount, tap, and it's done.

(https://www.apple.com/apple-card/)

2

| | |
|---|---|
| | **The simplicity of Apple. In a credit card.**<br><br>With Apple Card, we completely reinvented the credit card. Your information lives on your iPhone, beautifully laid out and easy to understand. We eliminated fees[1] and built tools to help you pay less interest, and you can apply in minutes to see if you are approved with no impact to your credit score.[2] Advanced technologies like Face ID, Touch ID, and Apple Pay give you a new level of privacy and security. And with every purchase you get Daily Cash back. Apple Card. It's everything a credit card should be.<br><br>(https://www.apple.com/apple-card/) |
| receiving card information; | ***The Accused Instrumentalities are configured to receive card information.***<br><br>More specifically, upon information and belief, the near-field communication (NFC) circuitry of the Accused Instrumentalities that is used to activate the Apple Card is configured to act as a card device reader to receive card information.<br><br>"A physical card can be ordered from Apple Card in the Wallet app. After the user receives the physical card, it's activated using the NFC tag present in the bifold envelope of the physical card. The tag is unique per card and can't be used to activate another user's card."<br>(https://support.apple.com/guide/security/apple-card-security-secb29b74e98/web) |

3



"Near Field Communication (NFC) enables devices within a few centimeters of each other to exchange information wirelessly. iOS apps running on supported devices can use NFC scanning to read data from electronic tags attached to real-world objects."
(https://developer.apple.com/design/human-interface-guidelines/ios/user-interaction/near-field-communication/)

"[a] unique card number is created on iPhone for Apple Card and stored safely in the device's Secure Element, a special security chip used by Apple Pay."
(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)

4

|  | In an alternative read, the card device reader is the user's iPhone. The user can put the Apple card to their phone via NFC when the user wants to share with another. The users can share Apple Card with members of their Family Sharing group or even co-own the Apple Card account with one member of the user's Family Sharing group. The user can send an Apple Card invitation to Apple Card Family participant, and the participant can accept the Apple Card in the Wallet app of the Accused Instrumentalities.<br><br>"Apple Card Family lets you co-own your Apple Card account with one member of your Family Sharing group. You can share your credit line with a co-owner and build credit together as equals." (https://support.apple.com/en-us/HT212020)<br><br>"One person 18 or older can be designated as an account co-owner, which means they share full responsibility of the account balance and payments alongside the card's initial owner." (https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family)<br><br>"Any family members 13 years or older can be designated as a participant, which is someone able to use the shared Apple Card and get unlimited Daily Cash rewards on all transactions. They are not responsible for paying the credit card bill but can view their own transactions and other details." (https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family) |
|---|---|

## Accept an Apple Card invitation

1. On your iPhone, tap the invite notification or open the Wallet app, then tap the badge notification 🔵 in the upper-right corner.

2. Tap Continue.

3. If you're a participant, tap Accept Apple Card. If you're an account co-owner, follow the instructions on your screen to complete your Apple Card application. This includes a credit check.

On your iPad, tap the invite notification or open the Settings app > Wallet & Apple Pay. Under Pending Invitations, tap Apple Card to accept the invite.

To become an account co-owner, your application must be approved and you must accept your Apple Card offer.

(https://support.apple.com/en-us/HT212020)



(https://www.macrumors.com/how-to/share-apple-card-significant-other/)

| receiving the biometric signature; | ***The Accused Instrumentalities are configured to receive the biometric signature.***<br><br>More specifically, the iPhone has at least one biometric sensor for capturing a fingerprint or a face (Touch ID and/or Face ID), namely a Touch ID sensor and a camera system with image sensor, respectively. In an alternative read, the iPhone of a co-owner or participant has a biometric sensor. |
|---|---|

| | |
|---|---|
| | **Touch ID**<br><br>"Apple devices with a Touch ID sensor can be unlocked using a fingerprint."<br>(Ex. A, Apple Platform Security, at 19.)<br><br>"Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the **sensor** continuing to expand the fingerprint map as additional overlapping nodes are identified with each use."<br>(*Id.*)<br><br>"When the fingerprint sensor detects the touch of a finger, it triggers the advanced imaging array to scan the finger and sends the scan to the Secure Enclave."<br>(*Id.*)<br><br><br>The biometric sensor for Touch ID is located below the home button:<br><br>"The Home button is a stack of different materials, capped with a sapphire crystal lens. The surrounding stainless-steel ring works as a ground and detects the user's finger. This action activates a capacitive touch sensor installed underneath the cover: A CMOS chip with small capacitors."<br>(https://appleinsider.com/inside/touch-id) |



Laser-cut sapphire crysta

Stainless steel detection ring

Touch ID sensor

Tactile switch

Biometric sensor 121

"Where is the Touch ID sensor located?

The Touch ID sensor is located either in the home button or - on the iPad Air (4th generation) - in the top button.

(https://support.apple.com/en-us/HT201371)

The image sensor captures an 88-by-88-pixel, 500 PPI raster scan:

"The 88-by-88-pixel, 500-ppi raster scan is temporarily stored in encrypted memory within the Secure Enclave while being vectorized for analysis, and then it's discarded. The analysis utilizes subdermal ridge flow angle mapping, which is a lossy process that discards minutia data that would be required to reconstruct the user's actual fingerprint. The resulting map of nodes is stored without any identity information in an encrypted format that can only be read by the Secure Enclave, and is never sent to Apple or backed up to iCloud or iTunes. "
(Ex. C, iOS Security white paper, at 8.)

9

**Face ID**

The biometric sensor for facial biometrics is a camera system ("TrueDepth camera system") with an image sensor.

"With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. "
(Ex. A, Apple Platform Security, at 20.)

To receive a biometric signal, the camera system with image sensor reads over 30,000 infrared points to capture depth information along with a two-dimensional infrared image.

"After the TrueDepth camera confirms the presence of an attentive face, it projects and **reads over 30,000 infrared dots to form a depth map of the face along with a 2D infrared image**. This data is used to **create a sequence of 2D images and depth maps**, which are digitally signed and sent to the Secure Enclave. To counter both digital and physical spoofs, the TrueDepth camera randomizes the sequence of 2D images and depth map captures, and projects a device-specific random pattern. A portion of the Secure Neural Engine-protected within the Secure Enclave-transforms this data into a mathematical representation and compares that representation to the enrolled facial data. This enrolled facial data is itself a mathematical representation of the user's face captured across a variety of poses."
(*Id*., at 20.)

The camera system includes a biometric image sensor, namely a "CMOS image" sensor from Sony, to perform facial biometrics:

10



(https://appleinsider.com/articles/17/09/09/inner-workings-of-apples-face-id-camera-detailed-in-report)

| defining, dependent upon the received card information, a memory location in a local memory external to the card; | *The Accused Instrumentalities include means for defining a memory location in a local memory external to the card dependent upon the received card information.*<br><br>More specifically, upon information and belief, where the Accused Instrumentalities are equipped with Apple Card, the fingerprint data underlying Touch ID or the face data for Face ID must be stored in a memory location in the Secure Enclave allowing the transmission of a dynamic security code authorizing Apple Card purchases, i.e., the memory location is contingent upon this ability to send this dynamic security code, which, in turn, is contingent upon the enrollment of an Apple Card. In an alternative read, the Accused Instrumentalities of a co-owner or participant have a memory to store card information external to the card.<br>"[a] unique card number is created on iPhone for Apple Card and stored safely in the device's Secure Element, a special security chip used by Apple Pay." |

11

|  | (https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)<br><br>"Every purchase is secure because it is authorized with Face ID or Touch ID and a one-time unique dynamic security code."<br>(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)<br><br>Apple's Secure Enclave is a separate, isolated processor built into the device's main system-on-a-chip with a separate processor and area of memory.<br>(https://www.howtogeek.com/387934/your-smartphone-has-a-special-security-chip.-heres-how-it-works/)<br><br>Apple Card is built into the Apple Wallet app on iPhone, i.e., the Secure Enclave memory is external to the Apple Card.<br>(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)<br><br>The address locations of an Apple security enclave are depicted below: |

Case 3:22-cv-02553-RFL    Document 164-2    Filed 11/20/25    Page 14 of 51



'682 Application, ¶ [0018] & Fig. 7.

In addition, the user can set up parental controls to prevent iTunes and App Store purchases of their child. Upon information and belief, the user will need to approve the purchase of their child via Touch ID or Face ID. As such, the parent's biometric data may be stored as the same location as the child's account. More broadly, upon information and belief, the biometric data of a family organizer and co-owners of the family sharing group is tied to the family user account. As such, for example, only the

13

family organizer and co-owners have the power to add or remove participants, view the credit and purchase activity of participants, and receive notifications on participant spending. They can also request a credit limit increase, set transaction limits for participants, and lock a participant's ability to spend.

## Prevent iTunes & App Store purchases

You can also prevent your child from being able to install or delete apps, make in-app purchases, and more. To prevent iTunes & App Store purchases or downloads:

1. Go to Settings and tap Screen Time.
2. Tap Content & Privacy Restrictions. If asked, enter your passcode.
3. Tap iTunes & App Store Purchases.
4. Choose a setting and set to Don't Allow.

You can also change your password settings for additional purchases from the iTunes & App Store or Book Store. Follow steps 1-3, then choose Always Require or Don't Require.



(https://support.apple.com/en-us/HT201304#prevent-purchases)

14

| | |
|---|---|
| | "Co-owners have the power to add or remove participants, view the credit and purchase activity of participants, and receive notifications on participant spending. They can also request a credit limit increase, set transaction limits for participants, and lock a participant's ability to spend." (https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family) |
| determining if the defined memory location is unoccupied; and | ***The Accused Instrumentalities include means for determining if the defined memory location is unoccupied.*** <br><br> More specifically, upon information and belief, each registered fingerprint and face data is stored in a separate memory location that must be empty to accommodate such storage, which requires determining that a memory address is unoccupied. In an alternative read, the Accused Instrumentalities of a co-owner or participant are configured to determine whether the defined memory location is unoccupied. <br><br> Up to five fingerprints can be registered for Apple Touch ID. (https://support.apple.com/en-us/HT201371) <br><br> Deleting a stored fingerprint requires user action, i.e., stored fingerprints are not over-written by new fingerprints once the five fingerprint maximum has been reached. (https://support.apple.com/en-us/HT201371) |
| storing, if the memory location is unoccupied, the biometric signature at the defined memory location. | ***The Accused Instrumentalities include means for storing the biometric signature at the defined memory location if the memory location is unoccupied.*** <br><br> More specifically, upon information and belief, fingerprint and face data is stored at the defined memory location. In an alternative read, the Accused Instrumentalities of a co-owner or participant are configured to store the biometric signature at the defined memory location if the memory location is unoccupied. <br><br> "Your fingerprint data is encrypted, stored on device, and protected with a key available only to the Secure Enclave." (https://support.apple.com/en-us/HT204587) |

|  | New fingerprint data is enrolled via Touch ID for comparison against fingerprint data subsequently acquired by the Touch ID sensor. <br> (Ex. C, iOS Security 2014, at 7.) <br><br> Each stored fingerprint is identified to a user in a list presented in the interface, evidencing fingerprint storage: "By default, your fingerprints will be named 'Finger 1', 'Finger 2', etc., and you can change them to whatever you like. Using different names can make the fingerprints easier to recognize which one is whose, if you share your iPhone with other family members." |
|---|---|



(https://en.teach-me.biz/iphone/settings/touch-id.html)

| Claim 13 | Accused Instrumentalities |
|---|---|
| A biometric card pointer enrolment system comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities are configured to use a system in accordance with this claim.***<br><br>Apple's CPU processor encryption includes a pointer to a memory location at which the data to be encrypted is stored.  U.S. Patent Appl. No. 2014/0089682 ("the '682 Application"), ¶ [0083].<br><br>Apple Card is a Sachs-linked credit card.<br>(https://www.cnbc.com/2019/03/25/apple-unveils-new-credit-card-the-apple-card.html)<br><br><br><br>(https://www.apple.com/apple-card/) |

# The simplicity of Apple.
# In a credit card.

With Apple Card, we completely reinvented the credit card. Your information lives on your iPhone, beautifully laid out and easy to understand. We eliminated fees[1] and built tools to help you pay less interest, and you can apply in minutes to see if you are approved with no impact to your credit score.[2] Advanced technologies like Face ID, Touch ID, and Apple Pay give you a new level of privacy and security. And with every purchase you get Daily Cash back. Apple Card. It's everything a credit card should be.

(https://www.apple.com/apple-card/)

19



The Secure Enclave components.

(Ex. A, Apple Platform Security, at 9.)

| a card device reader for receiving card information; | ***The Accused Instrumentalities include a card device reader for receiving card information.***<br><br>More specifically, upon information and belief, the near-field communication (NFC) circuitry of the Accused Instrumentalities that is used to activate the Apple Card is configured to act as a card device reader to receive card information. |
| --- | --- |

"A physical card can be ordered from Apple Card in the Wallet app. <mark>After the user receives the physical card, it's activated using the NFC tag present in the bifold envelope of the physical card. The tag is unique per card and can't be used to activate another user's card.</mark>"
(https://support.apple.com/guide/security/apple-card-security-secb29b74e98/web)



"<mark>Near Field Communication (NFC) enables devices within a few centimeters of each other to exchange information wirelessly.</mark> iOS apps running on supported devices can use NFC scanning to read data from electronic tags attached to real-world objects."
(https://developer.apple.com/design/human-interface-guidelines/ios/user-interaction/near-field-communication/)

"[a] unique card number is created on iPhone for Apple Card and stored safely in the device's Secure Element, a special security chip used by Apple Pay."
(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)

In an alternative read, the card device reader is the user's iPhone. The user can put the Apple card to their phone via NFC when the user wants to share with another. The users can share Apple Card with members of their Family Sharing group or even co-own the Apple Card account with one member of the user's Family Sharing group. The user can send an Apple Card invitation to Apple Card Family participant, and the participant can accept the Apple Card in the Wallet app of the Accused Instrumentalities.

"Apple Card Family lets you co-own your Apple Card account with one member of your Family Sharing group. You can share your credit line with a co-owner and build credit together as equals."
(https://support.apple.com/en-us/HT212020)

"One person 18 or older can be designated as an account co-owner, which means they share full responsibility of the account balance and payments alongside the card's initial owner."
(https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family)

"Any family members 13 years or older can be designated as a participant, which is someone able to use the shared Apple Card and get unlimited Daily Cash rewards on all transactions. They are not responsible for paying the credit card bill but can view their own transactions and other details."
(https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family)

| | |
|---|---|
| | **Accept an Apple Card invitation**<br><br>1. On your iPhone, tap the invite notification or open the Wallet app, then tap the badge notification in the upper-right corner.<br><br>2. Tap Continue.<br><br>3. If you're a participant, tap Accept Apple Card. If you're an account co-owner, follow the instructions on your screen to complete your Apple Card application. This includes a credit check.<br><br>On your iPad, tap the invite notification or open the Settings app > Wallet & Apple Pay. Under Pending Invitations, tap Apple Card to accept the invite.<br><br>To become an account co-owner, your application must be approved and you must accept your Apple Card offer.<br><br>(https://support.apple.com/en-us/HT212020) |

| | |
|---|---|
| |  |
| | (https://www.macrumors.com/how-to/share-apple-card-significant-other/) |
| a biometric reader for receiving the biometric signature; | ***The Accused Instrumentalities include a biometric reader for receiving the biometric signature.***<br><br>More specifically, the iPhone has at least one biometric sensor for capturing a fingerprint or a face (Touch ID and/or Face ID), namely a Touch ID sensor and a camera system with image sensor, respectively. In an alternative read, the iPhone of a co-owner or participant has a biometric sensor. |

| | |
|---|---|
| | **Touch ID**<br><br>"Apple devices with a Touch ID sensor can be unlocked using a fingerprint."<br>(Ex. A, Apple Platform Security, at 19.)<br><br>"Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the **sensor** continuing to expand the fingerprint map as additional overlapping nodes are identified with each use."<br>(*Id.*)<br><br>"When the fingerprint sensor detects the touch of a finger, it triggers the advanced imaging array to scan the finger and sends the scan to the Secure Enclave."<br>(*Id.*)<br><br><br>The biometric sensor for Touch ID is located below the home button:<br><br>"The Home button is a stack of different materials, capped with a sapphire crystal lens. The surrounding stainless-steel ring works as a ground and detects the user's finger. This action activates a capacitive touch sensor installed underneath the cover: A CMOS chip with small capacitors."<br>(https://appleinsider.com/inside/touch-id) |



Biometric sensor 121

"Where is the Touch ID sensor located?

The Touch ID sensor is located either in the home button or - on the iPad Air (4th generation) - in the top button.

(https://support.apple.com/en-us/HT201371)

The image sensor captures an 88-by-88-pixel, 500 PPI raster scan:

"The 88-by-88-pixel, 500-ppi raster scan is temporarily stored in encrypted memory within the Secure Enclave while being vectorized for analysis, and then it's discarded. The analysis utilizes subdermal ridge flow angle mapping, which is a lossy process that discards minutia data that would be required to reconstruct the user's actual fingerprint. The resulting map of nodes is stored without any identity information in an encrypted format that can only be read by the Secure Enclave, and is never sent to Apple or backed up to iCloud or iTunes. "
(Ex. C, iOS Security white paper, at 8.)

|  | **Face ID**<br><br>The biometric sensor for facial biometrics is a camera system ("TrueDepth camera system") with an image sensor.<br><br>"With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. "<br>(Ex. A, Apple Platform Security, at 20.)<br><br>To receive a biometric signal, the camera system with image sensor reads over 30,000 infrared points to capture depth information along with a two-dimensional infrared image.<br><br>"After the TrueDepth camera confirms the presence of an attentive face, it projects and **reads over 30,000 infrared dots to form a depth map of the face along with a 2D infrared image**. This data is used to **create a sequence of 2D images and depth maps**, which are digitally signed and sent to the Secure Enclave. To counter both digital and physical spoofs, the TrueDepth camera randomizes the sequence of 2D images and depth map captures, and projects a device-specific random pattern. A portion of the Secure Neural Engine-protected within the Secure Enclave-transforms this data into a mathematical representation and compares that representation to the enrolled facial data. This enrolled facial data is itself a mathematical representation of the user's face captured across a variety of poses."<br>(*Id.*, at 20.)<br><br>The camera system includes a biometric image sensor, namely a "CMOS image" sensor from Sony, to perform facial biometrics: |
|---|---|



(https://appleinsider.com/articles/17/09/09/inner-workings-of-apples-face-id-camera-detailed-in-report)

| means[1] for defining, dependent upon the received card information, a memory location in a local memory external to the card; | *The Accused Instrumentalities include means for defining a memory location in a local memory external to the card. dependent upon the received card information.*<br><br>More specifically, upon information and belief, where the Accused Instrumentalities are equipped with Apple Card, the fingerprint data underlying Touch ID or the face data for Face ID must be stored in a memory location in the Secure Enclave allowing the transmission of a dynamic security code authorizing Apple Card purchases, i.e., the memory location is contingent upon this ability to send this dynamic security code, which, in turn, is contingent upon the enrollment of an Apple Card. In an |

---

[1] "An element in a claim for a combination may be expressed as a means or step for performing a specified function without the recital of structure, material, or acts in support thereof, and such claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof." 35 U.S.C. § 112.

| | |
|---|---|
| | alternative read, the iPhone of a co-owner or participant has a memory to store card information external to the card.<br><br>"[a] unique card number is created on iPhone for Apple Card and stored safely in the device's Secure Element, a special security chip used by Apple Pay."<br>(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)<br><br>"Every purchase is secure because it is authorized with Face ID or Touch ID and a one-time unique dynamic security code."<br>(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)<br><br>Apple's Secure Enclave is a separate, isolated processor built into the device's main system-on-a-chip with a separate processor and area of memory.<br>(https://www.howtogeek.com/387934/your-smartphone-has-a-special-security-chip.-heres-how-it-works/)<br><br>Apple Card is built into the Apple Wallet app on iPhone, i.e., the Secure Enclave memory is external to the Apple Card.<br>(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)<br><br>The address locations of an Apple security enclave are depicted below: |

29



'682 Application, ¶ [0018] & Fig. 7.

In addition, the user can set up parental controls to prevent iTunes and App Store purchases of their child. Upon information and belief, the user will need to approve the purchase of their child via Touch ID or Face ID. As such, the parent's biometric data may be stored as the same location as the child's account. More broadly, upon information and belief, the biometric data of a family organizer and co-owners of the family sharing group is tied to the family user account. As such, for example, only the

30

family organizer and co-owners have the power to add or remove participants, view the credit and purchase activity of participants, and receive notifications on participant spending. They can also request a credit limit increase, set transaction limits for participants, and lock a participant's ability to spend.



## Prevent iTunes & App Store purchases

You can also prevent your child from being able to install or delete apps, make in-app purchases, and more. To prevent iTunes & App Store purchases or downloads:

1. Go to Settings and tap Screen Time.
2. Tap Content & Privacy Restrictions. If asked, enter your passcode.
3. Tap iTunes & App Store Purchases.
4. Choose a setting and set to Don't Allow.

You can also change your password settings for additional purchases from the iTunes & App Store or Book Store. Follow steps 1-3, then choose Always Require or Don't Require.

(https://support.apple.com/en-us/HT201304#prevent-purchases)

31

| | "Co-owners have the power to add or remove participants, view the credit and purchase activity of participants, and receive notifications on participant spending. They can also request a credit limit increase, set transaction limits for participants, and lock a participant's ability to spend." (https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family) |
|---|---|
| means for determining if the defined memory location is unoccupied; and | *The Accused Instrumentalities include means for determining if the defined memory location is unoccupied.*<br><br>More specifically, upon information and belief, each registered fingerprint and face data is stored in a separate memory location that must be empty to accommodate such storage, which requires determining that a memory address is unoccupied. In an alternative read, the iPhone of a co-owner or participant is configured to determine whether the defined memory location is unoccupied.<br><br>Up to five fingerprints can be registered for Apple Touch ID. (https://support.apple.com/en-us/HT201371)<br><br>Deleting a stored fingerprint requires user action, i.e., stored fingerprints are not over-written by new fingerprints once the five fingerprint maximum has been reached. (https://support.apple.com/en-us/HT201371) |
| means for storing, if the memory location is unoccupied, the biometric signature at the defined memory location. | *The Accused Instrumentalities include means for storingthe biometric signature at the defined memory location. if the memory location is unoccupied.*<br><br>More specifically, upon information and belief, fingerprint and face data is stored at the defined memory location. In an alternative read, the iPhone of a co-owner or participant is configured to store the biometric signature at the defined memory location if the memory location is unoccupied.<br><br>"Your fingerprint data is encrypted, stored on device, and protected with a key available only to the Secure Enclave." (https://support.apple.com/en-us/HT204587) |

New fingerprint data is enrolled via Touch ID for comparison against fingerprint data subsequently acquired by the Touch ID sensor.

(Ex. C, iOS Security 2014, at 7.)

Each stored fingerprint is identified to a user in a list presented in the interface, evidencing fingerprint storage: "By default, your fingerprints will be named 'Finger 1', 'Finger 2', etc., and you can change them to whatever you like. Using different names can make the fingerprints easier to recognize which one is whose, if you share your iPhone with other family members."



33

| | (https://en.teach-me.biz/iphone/settings/touch-id.html) |
|---|---|

| Claim 19 | Accused Instrumentalities |
|---|---|
| A non-transitory computer readable medium having recorded thereon a computer program for directing a processor to execute a method of enrolling in a biometric card pointer system, the program comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities are non-transitory computer readable mediums in accordance with this claim.***<br><br>More specifically, the iPhone is a computing device includes a non-transitory computer readable storage for storing an instructions for Touch ID and Face ID data.<br><br>"iPhone, a multipurpose handheld computing device combining mobile telephone, digital camera, music player, and personal computing technologies. After more than two years of development at Apple Inc., the device was first released in the United States in 2007." (https://www.britannica.com/technology/iPhone)<br><br>The Secure Enclave of the iPhone contains means to assign the received row to an instruction: The Secure Enclave, after receiving the full set of entries of the biometric signal, assigns this set to an instruction for processing, encrypting and storing the biometric signature ("Touch ID and Face ID template data"). |

"The sensor captures the biometric image and securely transmits it to the Secure Enclave. During enrollment, the Secure Enclave processes, encrypts, and stores the corresponding Touch ID and Face ID template data." (emphasis added)
(Ex. A, Apple Platform Security, at 19.)

To carry out this instruction, the Secure Enclave has its own processor:
"The Secure Enclave Processor provides the main computing power for the Secure Enclave."
(*Id.*, at 10.)

**Built for iPhone**

Apple Card lives on your iPhone, in the Wallet app. You can sign up in as little as a minute and start using it right away with Apple Pay.[3] Your transactions, payments, and account details are all in one place, where only you can see them.[4] You even make your payments right in the Wallet app — just select your amount, tap, and it's done.



(https://www.apple.com/apple-card/)

35

| | |
|---|---|
| | **The simplicity of Apple.**<br>**In a credit card.**<br><br>With Apple Card, we completely reinvented the credit card. Your information lives on your iPhone, beautifully laid out and easy to understand. We eliminated fees[1] and built tools to help you pay less interest, and you can apply in minutes to see if you are approved with no impact to your credit score.[2] Advanced technologies like Face ID, Touch ID, and Apple Pay give you a new level of privacy and security. And with every purchase you get Daily Cash back. Apple Card. It's everything a credit card should be.<br><br>(https://www.apple.com/apple-card/) |
| code for receiving card information; | ***The Accused Instrumentalities include a code for receiving card information.***<br><br>More specifically, upon information and belief, the near-field communication (NFC) circuitry of the Accused Instrumentalities that is used to activate the Apple Card is configured to act as a card device reader to receive card information.<br><br>"A physical card can be ordered from Apple Card in the Wallet app. After the user receives the physical card, it's activated using the NFC tag present in the bifold envelope of the physical card. The tag is unique per card and can't be used to activate another user's card."<br>(https://support.apple.com/guide/security/apple-card-security-secb29b74e98/web) |



"Near Field Communication (NFC) enables devices within a few centimeters of each other to exchange information wirelessly. iOS apps running on supported devices can use NFC scanning to read data from electronic tags attached to real-world objects."
(https://developer.apple.com/design/human-interface-guidelines/ios/user-interaction/near-field-communication/)

"[a] unique card number is created on iPhone for Apple Card and stored safely in the device's Secure Element, a special security chip used by Apple Pay."
(https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/)

|  | In an alternative read, the card device reader is the user's iPhone. The user can put the Apple card to their phone via NFC when the user wants to share with another. The users can share Apple Card with members of their Family Sharing group or even co-own the Apple Card account with one member of the user's Family Sharing group. The user can send an Apple Card invitation to Apple Card Family participant, and the participant can accept the Apple Card in the Wallet app of the Accused Instrumentalities.<br><br>"Apple Card Family lets you co-own your Apple Card account with one member of your Family Sharing group. You can share your credit line with a co-owner and build credit together as equals." (https://support.apple.com/en-us/HT212020)<br><br>"One person 18 or older can be designated as an account co-owner, which means they share full responsibility of the account balance and payments alongside the card's initial owner." (https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family)<br><br>"Any family members 13 years or older can be designated as a participant, which is someone able to use the shared Apple Card and get unlimited Daily Cash rewards on all transactions. They are not responsible for paying the credit card bill but can view their own transactions and other details." (https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family) |
|--|--|

## Accept an Apple Card invitation

1. On your iPhone, tap the invite notification or open the Wallet app, then tap the badge notification ⊗ in the upper-right corner.

2. Tap Continue.

3. If you're a participant, tap Accept Apple Card. If you're an account co-owner, follow the instructions on your screen to complete your Apple Card application. This includes a credit check.

On your iPad, tap the invite notification or open the Settings app > Wallet & Apple Pay. Under Pending Invitations, tap Apple Card to accept the invite.

To become an account co-owner, your application must be approved and you must accept your Apple Card offer.

(https://support.apple.com/en-us/HT212020)



(https://www.macrumors.com/how-to/share-apple-card-significant-other/)

| code for receiving the biometric signature; | ***The Accused Instrumentalities include a code for receiving the biometric signature.***<br><br>More specifically, the iPhone has at least one biometric sensor for capturing a fingerprint or a face (Touch ID and/or Face ID), namely a Touch ID sensor and a camera system with image sensor, respectively. In an alternative read, the iPhone of a co-owner or participant has a biometric sensor. |
| --- | --- |

| | |
|---|---|
| | **Touch ID**<br><br>"Apple devices with a Touch ID sensor can be unlocked using a fingerprint."<br>(Ex. A, Apple Platform Security, at 19.)<br><br>"Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the **sensor** continuing to expand the fingerprint map as additional overlapping nodes are identified with each use."<br>(*Id.*)<br><br>"When the fingerprint sensor detects the touch of a finger, it triggers the advanced imaging array to scan the finger and sends the scan to the Secure Enclave."<br>(*Id.*)<br><br><br>The biometric sensor for Touch ID is located below the home button:<br><br>"The Home button is a stack of different materials, capped with a sapphire crystal lens. The surrounding stainless-steel ring works as a ground and detects the user's finger. This action activates a capacitive touch sensor installed underneath the cover: A CMOS chip with small capacitors."<br>(https://appleinsider.com/inside/touch-id) |

41

Biometric sensor 121

"Where is the Touch ID sensor located?

The Touch ID sensor is located either in the home button or - on the iPad Air (4th generation) - in the top button.

(https://support.apple.com/en-us/HT201371)

The image sensor captures an 88-by-88-pixel, 500 PPI raster scan:

"The 88-by-88-pixel, 500-ppi raster scan is temporarily stored in encrypted memory within the Secure Enclave while being vectorized for analysis, and then it's discarded. The analysis utilizes subdermal ridge flow angle mapping, which is a lossy process that discards minutia data that would be required to reconstruct the user's actual fingerprint. The resulting map of nodes is stored without any identity information in an encrypted format that can only be read by the Secure Enclave, and is never sent to Apple or backed up to iCloud or iTunes. "
(Ex. C, iOS Security white paper, at 8.)

|  | **Face ID**<br><br>The biometric sensor for facial biometrics is a camera system ("TrueDepth camera system") with an image sensor.<br><br>"With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. "<br>(Ex. A, Apple Platform Security, at 20.)<br><br>To receive a biometric signal, the camera system with image sensor reads over 30,000 infrared points to capture depth information along with a two-dimensional infrared image.<br><br>"After the TrueDepth camera confirms the presence of an attentive face, it projects and **reads over 30,000 infrared dots to form a depth map of the face along with a 2D infrared image**. This data is used to **create a sequence of 2D images and depth maps**, which are digitally signed and sent to the Secure Enclave. To counter both digital and physical spoofs, the TrueDepth camera randomizes the sequence of 2D images and depth map captures, and projects a device-specific random pattern. A portion of the Secure Neural Engine-protected within the Secure Enclave-transforms this data into a mathematical representation and compares that representation to the enrolled facial data. This enrolled facial data is itself a mathematical representation of the user's face captured across a variety of poses."<br>(*Id.*, at 20.)<br><br>The camera system includes a biometric image sensor, namely a "CMOS image" sensor from Sony, to perform facial biometrics: |
|---|---|



(https://appleinsider.com/articles/17/09/09/inner-workings-of-apples-face-id-camera-detailed-in-report)

| code for defining, dependent upon the received card information, a memory location in a local memory external to the card; | *The Accused Instrumentalities include a code for defining a memory location in a local memory external to the card dependent upon the received card information.*<br><br>More specifically, upon information and belief, where the Accused Instrumentalities are equipped with Apple Card, the fingerprint data underlying Touch ID or the face data for Face ID must be stored in a memory location in the Secure Enclave allowing the transmission of a dynamic security code authorizing Apple Card purchases, i.e., the memory location is contingent upon this ability to send this dynamic security code, which, in turn, is contingent upon the enrollment of an Apple Card. In an alternative read, the Accused Instrumentalities of a co-owner or participant have a memory to store card information external to the card. |

| | "[a] unique card number is created on iPhone for Apple Card and stored safely in the device's Secure Element, a special security chip used by Apple Pay." (https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/) <br><br> "Every purchase is secure because it is authorized with Face ID or Touch ID and a one-time unique dynamic security code." (https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/) <br><br> Apple's Secure Enclave is a separate, isolated processor built into the device's main system-on-a-chip with a separate processor and area of memory. (https://www.howtogeek.com/387934/your-smartphone-has-a-special-security-chip.-heres-how-it-works/) <br><br> Apple Card is built into the Apple Wallet app on iPhone, i.e., the Secure Enclave memory is external to the Apple Card. (https://www.apple.com/newsroom/2019/03/introducing-apple-card-a-new-kind-of-credit-card-created-by-apple/) <br><br> The address locations of an Apple security enclave are depicted below: |
|---|---|

45



'682 Application, ¶ [0018] & Fig. 7.

In addition, the user can set up parental controls to prevent iTunes and App Store purchases of their child. Upon information and belief, the user will need to approve the purchase of their child via Touch ID or Face ID. As such, the parent's biometric data may be stored as the same location as the child's account. More broadly, upon information and belief, the biometric data of a family organizer and co-owners of the family sharing group is tied to the family user account. As such, for example, only the

family organizer and co-owners have the power to add or remove participants, view the credit and purchase activity of participants, and receive notifications on participant spending. They can also request a credit limit increase, set transaction limits for participants, and lock a participant's ability to spend.

## Prevent iTunes & App Store purchases

You can also prevent your child from being able to install or delete apps, make in-app purchases, and more. To prevent iTunes & App Store purchases or downloads:

1. Go to Settings and tap Screen Time.
2. Tap Content & Privacy Restrictions. If asked, enter your passcode.
3. Tap iTunes & App Store Purchases.
4. Choose a setting and set to Don't Allow.

You can also change your password settings for additional purchases from the iTunes & App Store or Book Store. Follow steps 1-3, then choose Always Require or Don't Require.



(https://support.apple.com/en-us/HT201304#prevent-purchases)

| | |
|---|---|
| | "Co-owners have the power to add or remove participants, view the credit and purchase activity of participants, and receive notifications on participant spending. They can also request a credit limit increase, set transaction limits for participants, and lock a participant's ability to spend." (https://www.pcmag.com/how-to/how-to-share-an-apple-card-with-your-family) |
| code for determining if the defined memory location is unoccupied; and | ***The Accused Instrumentalities include a code for determining if the defined memory location is unoccupied.***<br><br>More specifically, upon information and belief, each registered fingerprint and face data is stored in a separate memory location that must be empty to accommodate such storage, which requires determining that a memory address is unoccupied. In an alternative read, the Accused Instrumentalities of a co-owner or participant are configured to determine whether the defined memory location is unoccupied.<br><br>Up to five fingerprints can be registered for Apple Touch ID. (https://support.apple.com/en-us/HT201371)<br><br>Deleting a stored fingerprint requires user action, i.e., stored fingerprints are not over-written by new fingerprints once the five fingerprint maximum has been reached. (https://support.apple.com/en-us/HT201371) |
| code for storing, if the memory location is unoccupied, the biometric signature at the defined memory location. | ***The Accused Instrumentalities include a code for storing the biometric signature at the defined memory location if the memory location is unoccupied.***<br><br>More specifically, upon information and belief, fingerprint and face data is stored at the defined memory location. In an alternative read, the Accused Instrumentalities of a co-owner or participant are configured to store the biometric signature at the defined memory location if the memory location is unoccupied.<br><br>"Your fingerprint data is encrypted, stored on device, and protected with a key available only to the Secure Enclave." (https://support.apple.com/en-us/HT204587) |

48

New fingerprint data is enrolled via Touch ID for comparison against fingerprint data subsequently acquired by the Touch ID sensor.
(Ex. C, iOS Security 2014, at 7.)

Each stored fingerprint is identified to a user in a list presented in the interface, evidencing fingerprint storage: "By default, your fingerprints will be named 'Finger 1', 'Finger 2', etc., and you can change them to whatever you like. Using different names can make the fingerprints easier to recognize which one is whose, if you share your iPhone with other family members."



49

| | (https://en.teach-me.biz/iphone/settings/touch-id.html) |
|---|---|
| | |